AG:JO
F.#2009R00152

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -

ROBERT SCHARFF,
     also known as "Rodney,"

          Defendant.

- - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  APR 2 7 2009  ★

BROOKLYN OFFICE

I N D I C T M E N T

CR 09    263

(T. 18, U.S.C., §§
2251(a), 2251(e),
2252(a)(2),
2252(a)(4)(B),
2252(b)(2), 2252(b)(1),
2253 and 3551 et seq.)

IRIZARRY, J.

REYES, M.J

THE GRAND JURY CHARGES:

<u>COUNTS ONE THROUGH FIFTEEN</u>
(Production of Child Pornography)

     1.   On or about and between January 1, 2008 and
January 31, 2009, both dates being approximate and inclusive,
within the Eastern District of New York and elsewhere, the
defendant ROBERT SCHARFF, also known as "Rodney," did knowingly
and intentionally employ, use, persuade, induce, entice, and
coerce one or more minors to engage in, and had one or more
minors assist another person to engage in, sexually explicit
conduct, for the purpose of producing a visual depiction of such
conduct as described below, which visual depiction was produced
using materials that had been mailed, shipped and transported in
interstate and foreign commerce and which was actually
transported in interstate commerce:

2

| COUNT | FILENAME | DESCRIPTION |
|---|---|---|
| 1 | sspx0061.jpg | Exhibition of naked minor child |
| 2 | sspx0064.jpg | Exhibition of genitals of minor child |
| 3 | sspx0078.jpg | Contact between hand and genitals and pubic area of a minor child |
| 4 | sspx0080.jpg | Contact between hand and genitals and pubic area of a minor child |
| 5 | sspx0084.jpg | Contact between mouth of a minor child and the breasts of another minor child |
| 6 | sspx0088.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 7 | sspx0089.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 8 | sspx0092.jpg | Contact between mouth and hand of a minor child and the breasts of another minor child |
| 9 | sspx0095.jpg | Contact between mouth and hand of a minor child and the breasts of another minor child |
| 10 | sspx0194.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 11 | sspx0196.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 12 | sspx0202.jpg | Contact between two hands and the genitals of a minor child |
| 13 | sspx0203.jpg | Contact between two hands and the genitals of a minor child |
| 14 | sspx0206.jpg | Oral intercourse of minor child with genitals and pubic area of another minor child |

| COUNT | FILENAME | DESCRIPTION |
|-------|----------|-------------|
| 15 | sspx0213.jpg | Oral intercourse of minor child with genitals and pubic area of another minor child |

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNTS SIXTEEN THROUGH THIRTY
(Receipt of Child Pornography)

2.   On or about and between January 1, 2008 and January 31, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROBERT SCHARFF, also known as "Rodney," did knowingly and intentionally receive a visual depiction, which had been mailed, and had been shipped and transported in interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, the production of which visual depiction involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit:

| COUNT | FILENAME | DESCRIPTION |
|-------|----------|-------------|
| 16 | sspx0061.jpg | Exhibition of naked minor child |
| 17 | sspx0064.jpg | Exhibition of genitals of minor child |
| 18 | sspx0078.jpg | Contact between hand and genitals and pubic area of a minor child |
| 19 | sspx0080.jpg | Contact between hand and genitals and pubic area of a minor child |

| COUNT | FILENAME | DESCRIPTION |
|---|---|---|
| 20 | sspx0084.jpg | Contact between mouth of a minor child and the breasts of another minor child |
| 21 | sspx0088.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 22 | sspx0089.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 23 | sspx0092.jpg | Contact between mouth and hand of a minor child and the breasts of another minor child |
| 24 | sspx0095.jpg | Contact between mouth and hand of a minor child and the breasts of another minor child |
| 25 | sspx0194.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 26 | sspx0196.jpg | Contact between mouth of a minor child and the breast of another minor child |
| 27 | sspx0202.jpg | Contact between two hands and the genitals of a minor child |
| 28 | sspx0203.jpg | Contact between two hands and the genitals of a minor child |
| 29 | sspx0206.jpg | Oral intercourse of minor child with genitals and pubic area of another minor child |
| 30 | sspx0213.jpg | Oral intercourse of minor child with genitals and pubic area of another minor child |

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

## COUNT THIRTY-ONE
(Possession of Child Pornography)

3.    On or about January 23, 2009, within the Eastern
District of New York and elsewhere, the defendant ROBERT SCHARFF,
also known as "Rodney," did knowingly and intentionally possess
matter which contained one or more visual depictions, to wit:
videos and still images in computer files on (a) Hewlett Packard
Pavilion Desktop, containing a 200 gigabyte hard drive, Serial
No. CNH6090M4Y; (b) E-Machine Desktop, Model No. T5224,
containing a 250 gigabyte hard drive, Serial No. CCV71E0009089;
and (c) Black 4 gigabyte hard drive, which had been mailed, and
had been shipped and transported in interstate and foreign
commerce, and which was produced using materials which had been
mailed and so shipped and transported, and the production of such
visual depiction involved the use of one or more minors engaging
in sexually explicit conduct and which visual depiction was of
such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B),
2252(b)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

4.    The United States hereby gives notice to the
defendant charged in Counts One through Thirty-One that, upon his
conviction of any such offense, the government will seek
forfeiture in accordance with Title 18, United States Code,
Section 2253, of (a) any visual depiction described in Section

6

2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offenses of conviction; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offenses; and (c) any property, real and personal, used or intended to be used to commit or to promote the commission of the offenses of conviction.

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

7

it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p), as incorporated by Title 18,

United States Code, Section 2253(b), to seek forfeiture of any

other property of such defendant up to the value of the

forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2006R02153
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs*

*ROBERT SCHARFF*

Defendant.

## INDICTMENT

(T. 18, U.S.C. § 2251(a), 2251(e), 2252(a)(2), 2252(a)(4)(B), 2252(b)(2), 2252(b)(1), 2253 and 3551 et seq..)

*A true bill.*

_William Welsh_

_____
Foreman

Filed in open court this _____

of _____ A.D. 20 _____ day;

_____
Clerk

Bail, $ _____

_____

*Jessica Ortiz, Special Assistant U.S. Attorney (212-637-2398)*